**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE THE MATTER OF** | ) |
| | ) Chapter 7 |
| Carla L. Hogan | )  No. 13-27196 |
| Debtor. | ) Judge: Benjamin A. Goldgar |

**TRUSTEE'S MOTION
TO DISMISS CASE AND VACATE DISCHARGE**

TO:  Carla L. Hogan 1163 Wiliamsburg Rd. Country Club Hills, IL 60478
Ernesto D Borges Law Offices of Ernesto Borges 105 W Madison Street 23rd Floor
Chicago, IL 60602
EverBank 301 West Bay St. Jacksonville, FL 32202
Heather M Giannino Heavner, Scott, Beyers & Mihlar, LLC 111 East Main Street, Suite 200 Decatur, IL 62523
Patrick S Layng Office of the U.S. Trustee, Region 11 219 S Dearborn St Room 873
Chicago, IL 60604

*See attached service list.

**NOTICE OF MOTION**

On 8/20/2014 @ 9:30 a.m., I shall appear before Judge Carol A. Doyle in Room 642 at 219 South Dearborn Chicago, IL  60604 and present the following motion:

**MOTION**

1. The above debtor filed a Chapter 7 on 07/03/2013.
2. Horace Fox, Jr. is the duly appointed Interim Trustee in bankruptcy 13-27196.
3. A meeting of creditors was scheduled on 5/21/2014 and 6/18/2014.
4. Debtor failed to show to meeting of creditors.

WHEREFORE, Horace Fox, Trustee, prays this Court for an entry of an order dismissing this case due to, debtor failed to appear to the meeting of creditors, that said discharge be vacated.

 */s/ Horace Fox, Jr.*
Horace Fox, Jr., Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of this Notice to the above parties on 7/18/2014. By depositing same in the U.S. Mail at Monroe and State, Chicago Illinois, postage prepaid.

*/s/Horace Fox, Jr.*
Horace Fox, Jr. Trustee #0856282

HORACE FOX, JR. #0856282
Lehman and Fox
Six East Monroe, Suite 1004
Chicago IL  60603
(312) 332-5642